In the Matter of the Application of ELIZABETH NASSAUR DUNCAN, Respondent, for a Writ of Habeas Corpus to Bring up the Bodies of EDWARD PETER HITTI and GLORIA CLAIRE HITTI, Infants, against ABRAHAM K. HITTI, Appellant.— In view of the disposition of the appeal herein [*post*, p. 845], decided herewith, the motion to dismiss the appeal is dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Petition of MURRAY NITSBERG or MURRAY NITZBERG for Reinstatement as an Attorney and Counselor at Law.— Motion for reargument of motion denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty and Scudder, JJ.; Carswell, J., not voting.